**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 1:25–mj–00956 |
| | § | |
| Zhi Dong Zhang | § | |

## ORDER APPOINTING COUNSEL

Because the above-named defendant has testified under oath or has otherwise satisfied this Court that (s)he is financially unable to employ counsel and does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender is hereby **APPOINTED** to represent this person in the above-designated case.

The appointment **SHALL** remain in effect until terminated or a substitute attorney is appointed or makes an appearance herein on behalf of the Defendant.

DONE at Brownsville, Texas, on October 24, 2025.

_____
Ignacio Torteya, III
United States Magistrate Judge